### ROSS v. CORNELL.

*Lumpkin, J.*—In view of the pleadings and evidence, there was certainly no abuse of discretion in denying the injunction, nor in refusing to appoint a receiver.        *Judgment affirmed.*
May 15, 1895.

Petition for injunction and receiver. Before Judge Hardeman. Bibb county. February 5, 1895.

*Anderson & Anderson,* for plaintiff.

---

### GLAZE v. BOGLE et al., commissioners.

*Lumpkin, J.*—Taking into view all the evidence contained in the record, it does not appear that there was any error in refusing to grant the interlocutory injunction prayed for; certainly, there was no abuse of discretion in denying the same.
July 29, 1895.        *Judgment affirmed.*

Petition for injunction. Before Judge Milner. Whitfield county. June 10, 1895.

*R. J. & J. McCamy,* for plaintiff.
*Jones & Martin,* for defendants.

---

### DAVIS v. JONES et al.

*Simmons, C. J.*—Upon the conflicting evidence disclosed by the record, there was no abuse of discretion in denying an injunction.        *Judgment affirmed.*
August 12, 1895.

Petition for injunction. Before Judge Hardeman. Bibb county. June 3, 1895.

*J. W. Preston,* for plaintiff.